**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ANGELA M. BOSWELL,**

                **Plaintiff,**

        **v.**                                                **5:09-CV-0533**

**MICHAEL J. ASTRUE**
**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Olinsky, Shurtliff Law Firm<br>300 S. State Street<br>5th Floor<br>Syracuse, NY 13202<br>Counsel for Plaintiff | Jaya Shurtliff, Esq. |
| Social Security Administration<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, NY 10278<br>Counsel for Defendant | Kristina D. Cohn, Esq. |

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 7th day of September 2010.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner's decision denying disability benefits is remanded for further proceedings in accordance with the Report-Recommendation and pursuant to sentence four of 42 U.S.C. Section 405(g).

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: September 23, 2010
       Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge